UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTINA D. THUNDATHIL,**

    Plaintiff,

v.    Case No: 8:25-cv-1564-MSS-SPF

**UNITED STATES OF AMERICA,
BAY CARE HEALTH CARE D/B/A
WINTER HAVEN HOSPITAL,
CITY OF WINTER HAVEN,
POLICE OF WINTER HAVEN,
POLK COUNTY BOARD OF
COUNTY COMMISSIONERS, AND
POLK COUNTY SHERIFF GRADY
JUDD,**

    **Defendants.**

_____

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of United States Magistrate Judge Sean P. Flynn's Report and Recommendation dated October 21, 2025, which recommended that this action be dismissed without prejudice and Plaintiff's motion to proceed *in forma pauperis* be denied without prejudice. (Dkt. 7 at 12-13) Judge Flynn found that Plaintiff's Complaint is a shotgun pleading, (Id. at 5-7), Plaintiff failed to state a claim against Defendants based on several of causes of action, (Id. at 7-12), and Plaintiff failed to allege information sufficient for the Court to reach any substantive findings on whether a claim has been stated under several additional

statutes and common law causes of action mentioned in the Complaint, like the FTCA, Title VII, the ADA, the Rehabilitation Act, negligence, and medical malpractice. (Id. at 12 n.5) Accordingly, Judge Flynn recommended the action be dismissed without prejudice and Plaintiff's motion to proceed *in forma pauperis* be denied without prejudice. (Id. at 12) Plaintiff has not filed an objection to the Report and Recommendation, and the deadline for doing so has passed.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 7), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This action is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's motion to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**.

3. Within **FOURTEEN (14) days** of the date of this Order, Plaintiff may file a renewed request to proceed *in forma pauperis* and an amended complaint that cures the defects identified in the Report and Recommendation. Plaintiff's failure to file an amended complaint by the deadline set in this Order may result in dismissal of this case with prejudice and without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of November 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person